IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER SCOTT JESSOP, Defendant. | CR 21–08–BU–DLC ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 31.) Defendant Christopher Scott Jessop appeared before the Court on June 7, 2021 and entered a plea of guilty to Count I of the Indictment. Jessop's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED:

THAT Jessop's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- HS Produkt, model XD40, .40 caliber, semi-automatic pistol (S/N: US269929);
- 11 rounds of .40 caliber ammunition manufactured by Winchester;
- Silver pistol magazine with 12 rounds of .40 caliber ammunition;

1

- 12 rounds of .40 caliber ammunition manufactured by Winchester; and
- 42 rounds of 9 mm ammunition manufactured by Remington.

IT IS FURTHER ORDERED that

1. The Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law;

2. The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

3. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 6th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court