IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCOTT JESSOP,<br><br>Defendant. | CR 21–08–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 38.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on July 6, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

Accordingly, IT IS ORDERED that:

1. The motion (Doc. 38) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- HS Produkt, model XD40, .40 caliber, semi-automatic pistol (S/N: US269929);
- 11 rounds of .40 caliber ammunition manufactured by Winchester;
- Silver pistol magazine with 12 rounds of .40 caliber ammunition;
- 12 rounds of .40 caliber ammunition manufactured by Winchester; and
- 42 rounds of 9 mm ammunition manufactured by Remington.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of September, 2021.

_____
Dana L. Christensen, District Judge
United States District Court