IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCOTT JESSOP,<br><br>Defendant. | CR 21-8-BU-DLC<br><br>ORDER |

Upon Petition of Paulette L. Stewart, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for prosecution) directing the Administrator of Gallatin County Detention Center and the United States Marshal for the District of Montana, to produce Christopher Scott Jessop before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 1:30 p.m. on May 18th, 2026, and Christopher Scott Jessop is to stay in federal custody until the conclusion of this case.   Christopher Scott Jessop shall then be returned to the custody of the

//

//

1

Administrator of Gallatin County Detention Center.

DATED this 27th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge